IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

F.M., MOTHER OF A.D. AND A.D.,
CHILDREN,

      Appellant,

  v.

Case No.  5D22-2308
LT Case No. 2020-DP-000137

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Decision filed January 12, 2023

Appeal from the Circuit Court
for Citrus County,
Daniel B. Merritt, Sr., Judge.

Joseph Anthony Manzo, Largo, for
Appellant.

Andrew Allen Feigenbaum, of
Children's Legal Services, West
Palm Beach, and Rachel Batten,
of Children's Legal Services,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeas and Amanda
Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem
Office, Tallahassee, and Ryan C.
Tyler and Brooke M. Mesner, of

Defending Best Interests Project,
Ratzan, Weissman & Boldt, Boca
Raton, for Statewide Guardian ad
Litem.

PER CURIAM.

AFFIRMED.

EVANDER, EDWARDS and HARRIS, JJ., concur.